**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BRIAN ALAN KRZEMINSKI,

                       Plaintiff,                        23 **CIVIL** 4709 (ALC)

      -v-                                                 **<ins>JUDGMENT</ins>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated March 18, 2024, that the action be, and hereby

is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       March 18, 2024

                                       **RUBY J. KRAJICK**
                             _____
                                     **Clerk of Court**

                  **BY:**
                                     _____
                                     **Deputy Clerk**